IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARIE ANDERSEN,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF MISSOULA and JOHN DOES 1-10,<br><br>             Defendant. | CV  13–154–M–DLC<br><br>ORDER<br><br>**FILED**<br><br>FEB 0 5 2015<br><br>Clerk, U.S. District Court<br>District Of Montana<br>Missoula |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 60),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the

parties to bear their own costs and attorneys' fees.  All deadlines are VACATED

and any pending motions are DENIED as moot.

DATED this 5th day of February  2015.


Dana L. Christensen, Chief District Judge
United States District Court